**COHEN TAUBER SPIEVACK & WAGNER P.C.**
Jeffrey M. Lichtstein (NJ Attorney ID No. 011852012)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
jlichtstein@ctswlaw.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JNL MANAGEMENT, LLC, and JONATHAN LASKO, <br><br> Plaintiffs, <br><br> v. <br><br> HACKENSACK UNIVERSITY MEDICAL CENTER, CARRIER CLINIC, INC., DRINKER BIDDLE & REATH LLP, and ANTONIO M. POZOS, <br><br> Defendants. | Case No.: 2:18-cv-5221 |

## JNL MANAGEMENT, LLC'S STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiff JNL Management, LLC, by and through its undersigned counsel, Cohen Tauber Spievack & Wagner P.C., pursuant to Federal Rule of Civil Procedure 7.1, states that JNL Management, LLC is not publicly held and has no corporate parents, affiliates or subsidiaries that are publicly held.

Dated:  April 3, 2018

                        COHEN TAUBER SPIEVACK & WAGNER P.C.
                        *Counsel for Plaintiffs*

By: _____
       Jeffrey M. Lichtstein
       NJ Attorney ID No. 011852012
       420 Lexington Avenue
       Suite 2400
       New York, New York 10170
       (212) 586-5800
       jlichtstein@ctswlaw.com